FILED

2023 MAY -8 PM 12: 06

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

Mark Johns
_Petitioner_

v.                                    Case No. 5:23-cv-293-WWB-PRL
                                      _(Supplied by Clerk of Court)_

Warden, Coleman F.C.C.
_Respondent_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Mark Johns
   (b) Other names you have used:

2. Place of confinement:
   (a) Name of institution: U.S.P. Coleman 2
   (b) Address: P.O. Box 1034, Coleman FL 33521
   (c) Your identification number: 73829-018

3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: United States District Court, Northern District of Florida, Tallahassee Division
   (b) Docket number of criminal case: 4:20 CR 56-02
   (c) Date of sentencing: February 6, 2020
   ☐ Being held on an immigration charge
   ☐ Other (explain):

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

73829018

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☒ Disciplinary proceedings
☐ Other (explain): AND - Security Classification

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: F.C.C. Coleman 1
   (b) Docket number, case number, or opinion number:
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Disciplinary Hearing in July of 2022, Decision to NOT Allow me to Appeal The proceeding
   (d) Date of the decision or action: July of 2022 - Date of Actual Hearing

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes   ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court:
       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

   (b) If you answered "No," explain why you did not appeal: I did NOT Appeal or Exhaust Administrative Remedies because They would NOT Allow me to. Prison Staff refused to make the Appeal process or Admin. Remedy Process Available to me.

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☐ No

Page 3 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

73829018

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: _____
  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes        ☐ No
(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: _____
  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes        ☒ No
If "Yes," answer the following:
(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
       ☐ Yes        ☐ No

Page 4 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

73829018

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes    ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
_____
_____
_____
_____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes    ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☐ No

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

73829018

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☐ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☒ Yes    ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: Informal verbal and written Requests to staff
(b) Name of the authority, agency, or court: Case Manager Ms. Gonzales
(c) Date of filing: July 2022
(d) Docket number, case number, or opinion number:
(e) Result: She would not provide the DHO Findings or Admin. Remedy Process
(f) Date of result: July 2022
(g) Issues raised: It was just requests for the process itself the DHO Report/Findings and the Grievance/Appeal Forms it was basically a request for Due Process

Page 6 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

73829018

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** The Fact That I was denied a copy of the Disciplinary Hearing Officer's Report, That is, The Findings, violates my rights under The Fourteenth Amendment, Due Process of Law.

(a) Supporting facts (Be brief. Do not cite cases or law.):
The Officer would Not provide me with The Findings despite numerous verbal and written requests. To This day I do not have The Findings

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes  ☐ No  — There were no Appeals Available

**GROUND TWO:** The Fact That They would Not provide me with The Necessary Administrative Remedy/Appeal Forms violated my rights under Equal Access/Due process of law

(a) Supporting facts (Be brief. Do not cite cases or law.):
Despite numerous verbal and written requests, Staff would not provide me with Appeal Forms

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes  ☐ No

**GROUND THREE:** Staff violated my Eighth Amendment Right to be Free From Cruel and unusual punishment by writing me "Rule violations/Incident Reports" and ~~Poten~~ when I requested "Protective custody". This may also violate my First Amendment Right to Freedom of Speech.

(a) Supporting facts (Be brief. Do not cite cases or law.):
I have the right to seek protection and be Free From Inmate Assaults. I Should Not be punished For requesting Protective Custody

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes  ☐ No

Page 7 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

73829018

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** The Underlying Incident Report, or the rule itself is Vague and should be void. "Refusing to program" is vague, and Petitioner did programs, he refused his housing when he asked for protection. It violates Due process

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
"Refusing to program" is a Vague rule to violate and is too vague for Due process.

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Appeals were Not Available

**Request for Relief**

15. State exactly what you want the court to do: Please Re instate The Good Time They took From me, lower my Security level so I am in less restrictive housing, and expunge These incident reports.

Page 8 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

73829018

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: May 1, 2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: May 1, 2023

Signature of Petitioner

Signature of Attorney or other authorized person, if any

Page 9 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

73829018